UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
FEB 1 2 2020
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 5:20cr4-DCB-LRA

KENNETH "BUDDY" McDUFF          16 U.S.C. § 704
                                             18 U.S.C. § 1512

**The Grand Jury charges:**

## COUNT 1

Some time on or about the last week in December, 2016, the exact date being unknown, in Wilkinson County in the Western Division of the Southern District of Mississippi, the defendant, **KENNETH "BUDDY" McDUFF**, aided and abetted by others known and unknown by the grand jury, did unlawfully place bait and cause others to place bait on and adjacent to an area for the purpose of causing and allowing a person to take and attempt to take migratory game birds, that is, ducks, by the aid of baiting, on and over a baited area, all in violation of Title 16, United States Code, Section 704(b)(2), and Title 50, Code of Federal Regulations Section 20.21(i).

## COUNT 2

On or about July 10, 2018, in Wilkinson County in the Western Division of the Southern District of Mississippi, and elsewhere, the defendant, **KENNETH "BUDDY" McDUFF**, knowingly attempted to corruptly persuade "CB" to lie to a federal law enforcement officer by telling CB to deny CB's role in the illegal placement of bait for ducks if asked about it by a federal law enforcement officer after CB told **McDUFF** that a federal law enforcement officer wanted to ask CB about the illegal placement of bait. **McDUFF** knew that CB had in fact illegally placed bait in violation of federal law. In attempting to corruptly persuade CB to lie to a

federal law enforcement officer, **McDUFF** acted with the intent to hinder, delay, and prevent the communication of information to Special Agents of the United States Fish & Wildlife Service relating to the commission of a Federal offense in Wilkinson County, Mississippi, that is, the placement of bait for the purpose of causing and allowing a person to take and attempt to take migratory game birds by the aid of baiting on and over a baited area in violation of Title 16, United States Code, Section 704(b)(2), and Title 50, Code of Federal Regulations Section 20.21(i), all in violation of Title 18, United States Code, Section 1512(b)(3).

_____
D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this, the 12th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

2