UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:20cr4 DCB LRA

KENNETH "BUDDY" McDUFF

NOTICE OF MAXIMUM PENALTIES

**COUNT 1:** **Placement of Bait**
16 U.S.C. § 704
- Not more than one year of imprisonment
- Not more than a $100,000 fine
- Not more than one year of supervised release
- $25 special assessment

**COUNT 2:** **Obstruction of Justice – witness tampering**
18 U.S.C. § 1512(b)(3)
- Not more than twenty (20) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment